AUDREY STRAUSS
United States Attorney for the
Southern District of New York
By: STEPHEN CHA-KIM
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2768
Facsimile: (212) 637-2702
stephen.cha-kim@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    -v-<br><br>VILLAGE OF AIRMONT,<br><br>      Defendant. | No. 20 Civ. 10121 (NSR) |

**NOTICE OF PLAINTIFF THE UNITED STATES OF AMERICA'S**
**MOTION FOR PRELIMINARY INJUNCTION**

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the United States of America's Motion for Preliminary Injunction, Plaintiff the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, hereby moves this Court pursuant to Federal Rule of Civil Procedure 65(a) and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc-2(f).

  PLEASE TAKE FURTHER NOTICE that, pursuant to a Memorandum Endorsement entered by the Court [Dkt. No. 13], any response to this motion must be made in writing and served no later than February 19, 2021, on the undersigned counsel.

Dated: New York, New York
February 12, 2021

>Respectfully submitted,
>
>AUDREY STRAUSS
>United States Attorney for the
>Southern District of New York
>*Counsel for Plaintiff*
>
>By: /s/ Stephen Cha-Kim
>STEPHEN CHA-KIM
>Assistant United States Attorney
>86 Chambers Street, Third Floor
>New York, New York 10007
>(212) 637-2768
>stephen.cha-kim@usdoj.gov

TO: Brian S. Sokoloff
Sokoloff Stern LLP
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
bsokoloff@sokoloffstern.com
*Counsel for Defendant*