# EXHIBIT 6

**RESOLUTION NO: 17-3048**                                **VILLAGE OF AIRMONT**

**TITLE: MOTION TO EXTEND THE MORATORIUM ON BUILDING DEVELOP-
MENT WITHIN THE VILLAGE OF AIRMONT FOR SIX MONTHS TO MARCH 8,
2018**

**WHEREAS Trustee Marchesani presented testimony to the Board on the status of the
Comprehensive Plan Committee, the progress they have made so far, the variety of issues
that still need to be addressed; their need to have sufficient time to solicit feedback from
Village residents and to ensure that the Comprehensive Plan is prepared; that a public
meeting is scheduled for August 2017 and another meeting will be held in October or No-
vember 2017; and the Committee intends to prepare a full plan that addresses all of the is-
sues;**

**WHEREAS Trustee Warbrick has attended each of the Comprehensive Plan Committee
meetings and concurred in the testimony presented by Trustee Marchesani;**

**WHEREAS the Board finds that the testimony presented by Trustee Marchesani, as con-
curred to by Trustee Warbrick, presents good cause to extend the moratorium for six
months;**

**BE IT RESOLVED that pursuant to Section 2 of Local Law No. 1-2017, the moratorium on
building development is extended for six months to March 8, 2018.**

The motion was moved by Trustee Marchesani
The motion was seconded by Trustee Valvo

The votes of the Board of Trustees were as follows:

| NAME | YES | NO | NOT VOTING | ABSENT |
|------------|-----|----|------------|--------|
| Blunnie | X | | | |
| Marchesani | X | | | |
| Valvo | X | | | |
| Warbrick | X | | | |
| Gigante | X | | | |

Mayor Gigante declared the motion carried and directed the Clerk to file same.

Date: July 17, 2017
    Village of Airmont

Mayor Philip Gigante

**RESOLUTION NO: 18–4025**                          **VILLAGE OF AIRMONT**

## TITLE: RESOLUTION OF THE VILLAGE BOARD
## ADOPTING LOCAL LAW NO. 001–2018

WHEREAS, the Comprehensive Development Plan of the Village is a living document which should be studied and updated on a regular basis, and, as a consequence, a Comprehensive Master Plan Review Commission was formed ten years ago by virtue of Local Law No. 06-003 to review large subdivisions and commercial development; and

WHEREAS, following the 2006 Comprehensive Master Plan Review Commission's work a Comprehensive Plan was adopted in 2011 pursuant to Resolution 11-1990;

WHEREAS, it is timely that Comprehensive Master Plan be reviewed;

WHEREAS, during a joint meeting of the Planning Board, the Zoning Board of Appeals and the Board of Trustees on September 19, 2016, members of the Planning Board and Zoning Board of Appeals expressed concerns that, among other things, the current Village zoning code contains conflicts, inconsistencies, and ambiguities, that the law should permit them to consider the cumulative effect of applications on surrounding properties and the Village, that increased traffic congestion and other issues need to be thoughtfully reviewed in connection with the Village Comprehensive Plan, and those members of the Planning Board and the Zoning Board of Appeals who were present unanimously recommended that a building moratorium be enacted to allow a review of the existing village zoning code and/or Comprehensive Plan; and

WHEREAS, on October 3, 2016, the Board of Trustees passed a resolution establishing the Airmont Comprehensive Master Plan Review Commission, to commence the work of reviewing and recommending updates and changes to the Comprehensive Master Plan and the Village zoning code;

WHEREAS, on January 17, 2017, the Board of Trustees held a public workshop to discuss various zoning and planning issues and heard and considered the presentation of the Village Planner concerning a proposed local law entitled "Moratorium on Development Approvals in the Village of Airmont;

WHEREAS, the Village Board of the Village of Airmont, by resolution adopted on January 17, 2016, directed that a public hearing be held on February 8, 2017, relative to a proposed local law entitled "Moratorium on Development Approvals in the Village of Airmont," and

WHEREAS, notice of said hearing was duly prepared and published in the Journal News on January 27, 2017, and

WHEREAS, a copy of the proposed local law was placed on the desks of the Mayor and the Trustees at their office at the Village Hall, 251 Cherry Lane, Airmont, New York, on December 22, 2016, and

WHEREAS, a public hearing was held by the Village Board of the Village of Airmont on February 8, 2017;

WHEREAS, the Village Board of Trustees adopted Local Law No. 1-2017 on February 8, 2017, which law became effective on March 8, 2017;

WHEREAS, the Village Board of Trustees passed a resolution on July 17, 2017 extending the moratorium through March 8, 2018;

WHEREAS the Comprehensive Plan Commission requested a six month extension of the moratorium so that they could finish the work underway;

WHEREAS the Comprehensive Plan Commission is holding a public hearing on March 13, 2018 to present the draft comprehensive plan to the Planning and Zoning Boards and the public, is in the process of drafting proposed changes to the Village code, expects to hold additional meetings and complete SEQRA review in the coming months;

WHEREAS, the Village Board of the Village of Airmont, by resolution adopted on February 8, 2018, directed that a public hearing be held on February 20, 2018, relative to a proposed local law entitled "Extension of the Existing Moratorium in the Village of Airmont," and

WHEREAS, notice of said hearing was duly prepared and published in the Journal News on February 12, 2018, and

WHEREAS, a copy of the proposed local law was placed on the desks of the Mayor and the Trustees at their office at the Village Hall, 251 Cherry Lane, Airmont, New York, on February 12, 2018, and

WHEREAS, a public hearing was held by the Village Board of the Village of Airmont on February 20, 2018;

WHEREAS, land use moratoria are classified as Type II actions with respect to SEQR, as set forth in 6 NYCRR 617.5(c)(30);

THE VILLAGE BOARD OF TRUSTEES finds that the Comprehensive Plan Commission has made substantial progress and has outlined a reasonable plan and timeline to complete the work assigned to them;

THE VILLAGE BOARD OF TRUSTEES further finds that an additional extension of the moratorium is appropriate and in the best interests of the Village;

THE VILLAGE BOARD OF TRUSTEES further finds that to ensure the Comprehensive Plan Commission continues to work diligently and meet the proposed timeline for completion of its work, that it is appropriate to extend the moratorium for three months with the ability for the Board to further extend the moratorium for an additional three months upon good cause shown;

The motion was moved by Trustee Marchesani
The motion was seconded by Trustee Blunnie

NOW, THEREFORE, be it RESOLVED, that Local Law No. 001 – 2018 entitled:

"EXTENSION OF EXISTING MORATORIUM IN
THE VILLAGE OF AIRMONT"

is hereby ADOPTED and passed by an affirmative vote of the Village Board of the Village of Airmont, the vote for adoption being as follows:

| NAME | YES | NO | NOT VOTING | ABSENT |
|------|-----|-----|-----------|--------|
| Blunnie | X | | | |
| Gigante | X | | | |
| Marchesani | X | | | |
| Valvo | X | | | |
| Warbrick | X | | | |

Mayor Gigante declared the motion carried and directed the Clerk to file the local law pursuant to Section 27 of the Municipal Home Rule Law.

Dated: March 5, 2018
        Village of Airmont

                                        Mayor Philip Gigante

**RESOLUTION NO: 18-4095**                                    **VILLAGE OF AIRMONT**

**TITLE:   THREE MONTH EXTENSION OF MORATORIUM ON DEVELOPMENT APPROVALS**

WHEREAS, the Comprehensive Development Plan of the Village is a living document which should be studied and updated on a regular basis, and, as a consequence, a Comprehensive Master Plan Review Commission was formed ten years ago by virtue of Local Law No. 06-003 to review large subdivisions and commercial development; and

WHEREAS, following the 2006 Comprehensive Master Plan Review Commission's work a Comprehensive Plan was adopted in 2011 pursuant to Resolution 11-1990;

WHEREAS, it is timely that Comprehensive Master Plan be reviewed;

WHEREAS, during a joint meeting of the Planning Board, the Zoning Board of Appeals and the Board of Trustees on September 19, 2016, members of the Planning Board and Zoning Board of Appeals expressed concerns that, among other things, the current Village zoning code contains conflicts, inconsistencies, and ambiguities, that the law should permit them to consider the cumulative effect of applications on surrounding properties and the Village, that increased traffic congestion and other issues need to be thoughtfully reviewed in connection with the Village Comprehensive Plan, and those members of the Planning Board and the Zoning Board of Appeals who were present unanimously recommended that a building moratorium be enacted to allow a review of the existing village zoning code and/or Comprehensive Plan; and

WHEREAS, on October 3, 2016, the Board of Trustees passed a resolution establishing the Airmont Comprehensive Master Plan Review Commission, to commence the work of reviewing and recommending updates and changes to the Comprehensive Master Plan and the Village zoning code;

WHEREAS, on January 17, 2017, the Board of Trustees held a public workshop to discuss various zoning and planning issues and heard and considered the presentation of the Village Planner concerning a proposed local law entitled "Moratorium on Development Approvals in the Village of Airmont;

WHEREAS, the Village Board of the Village of Airmont, by resolution adopted on January 17, 2016, directed that a public hearing be held on February 8, 2017, relative to a proposed local law entitled "Moratorium on Development Approvals in the Village of Airmont," and

WHEREAS, notice of said hearing was duly prepared and published in the Journal News on January 27, 2017, and

WHEREAS, a copy of the proposed local law was placed on the desks of the Mayor and the Trustees at their office at the Village Hall, 251 Cherry Lane, Airmont, New York, on December 22, 2016, and

WHEREAS, a public hearing was held by the Village Board of the Village of Airmont on February 8, 2017;

WHEREAS, the Village Board of Trustees adopted Local Law No. 1-2017 on February 8, 2017, which law became effective on March 8, 2017;

WHEREAS, the Village Board of Trustees passed a resolution on July 17, 2017 extending the moratorium through March 8, 2018;

WHEREAS the Comprehensive Plan Commission requested a six month extension of the moratorium so that they could finish the work underway;

WHEREAS the Comprehensive Plan Commission is holding a public hearing on March 13, 2018 to present the draft comprehensive plan to the Planning and Zoning Boards and the public, is in the process of drafting proposed changes to the Village code, expects to hold additional meetings and complete SEQRA review in the coming months;

WHEREAS, the Village Board of the Village of Airmont, by resolution adopted on February 8, 2018, directed that a public hearing be held on February 20, 2018, relative to a proposed local law entitled "Extension of the Existing Moratorium in the Village of Airmont," and

WHEREAS, notice of said hearing was duly prepared and published in the Journal News on February 12, 2018, and

WHEREAS, a copy of the proposed local law was placed on the desks of the Mayor and the Trustees at their office at the Village Hall, 251 Cherry Lane, Airmont, New York, on February 12, 2018, and

WHEREAS, a public hearing was held by the Village Board of the Village of Airmont on February 20, 2018;

WHEREAS, land use moratoria are classified as Type II actions with respect to SEQR, as set forth in 6 NYCRR 617.5(c)(30);

WHEREAS on March 8, 2018, the Village of Board of Trustees adopted Local Law No.1-2018 extending the Moratorium on Development within the Village of Airmont for three months, with the ability to further extend the Moratorium for an additional three months by way of resolution

WHEREAS on March 13, 2018, a public hearing was held by the Comprehensive Plan Commission on an Updated Comprehensive Plan;

WHEREAS on April 23, 2018 the Comprehensive Plan Commission presented the proposed Updated Comprehensive Plan to the Village Board of Trustees;

WHEREAS a public hearing is scheduled for June 12, 2018 before the Planning Board and the Zoning Board Appeals to consider amendments to the Village Code relating to the updated Comprehensive Plan;

WHEREAS a public hearing is scheduled to be held by the Board of Trustees on June 18, 2018 on the proposed Updated Comprehensive Plan;

WHEREAS on June 4, 2018, representatives of the Comprehensive Plan Committee presented an updated timeline to complete the work assigned to them by August 2018;

THE VILLAGE BOARD OF TRUSTEES finds that the Comprehensive Plan Commission has made substantial progress and has outlined a reasonable plan and timeline to complete the work assigned to them, including holding public hearing(s) on proposed Village Code amendments and completion of SEQR reviews;

THE VILLAGE BOARD OF TRUSTEES finds that there is good cause for a three month extension of the moratorium;

BE IT RESOLVED that, pursuant to Local Law No. 1-2018, the Moratorium on Development within the Village of Airmont is hereby extended for three months.

The motion was moved by Trustee Blunnie
The motion was seconded by Trustee Marchesani

The votes of the Trustees were as follows:

| NAME | YES | NO | NOT VOTING | ABSENT |
|------|-----|-----|------------|--------|
| Blunnie | X | | | |
| Gigante | X | | | |
| Marchesani | X | | | |
| Valvo | X | | | |
| Warbrick | | | | X |

Mayor Gigante declared the motion carried and directed the Clerk to file same.

Dated: June 4, 2018
        Village of Airmont

_____
Mayor Philip Gigante