# EXHIBIT 8



# VILLAGE OF AIRMONT
# CDRC MINUTES

CDRC Meeting Date: **May 7, 2013**

Project Name: **Congregation Khal Boston**

**Attendance:**
Dan Kraushaar, Esq., Village Attorney
Eve Mancuso, Village Engineer
Kristen O'Donnell, Village Planner
Ian Smith, Building Inspector
Camille Guido-Downey, P&Z Clerk
Ryan Karben, Esq. Applicant's Attorney
Tony Celentano, Applicant's Engineer
Rabbi Horowitz, Applicant

Map Date: January 3, 2013

Remarks:
1. Applicant was last before this Committee on June 12, 2012 to legalize their residential place of worship.
2. Applicant was advised that members of the community were present at the Board of Trustees meeting on 5/6/13 as were voicing concerns about illegal parking on Murray Drive which is causing a safety concern for emergency services.
3. Village Engineer stated that the Applicant needs to demonstrate that the site can accommodate the required parking or demonstrate that the required parking is not needed.
4. Applicant stated that all of their members walk to services and he is unsure where all the cars are coming from.
5. Village Engineer stated that when Applicant is proceeding to Planning Board there will be a site visit to determine if there is a parking problem.
6. Applicant's Engineer stated that the worship area is 850 sf. and the Applicant is showing 7 parking spaces.
7. Building Inspector stated that the parking calculation needs to be reviewed as he calculates that the required parking is 21 spaces including the parking for the home.
8. Building Inspector stated that the Applicant should show an interior layout as there is a different calculation for tables and chairs as opposed to an open room.
9. Building Inspector stated that the layout must show the fire safety equipment, connection to 44 control, fire separation, and egress width.
10. Applicant to show handicap signage.
11. Applicant stated that there are approximately 15 congregants who attend services.
12. Village Planner stated that the layout must show the seating arrangement and also demonstrate that the site can accommodate the parking by building it or banking it.
13. Village Engineer reminded the Applicant that the parking lot needs to be fully designed with drainage, landscaping and lighting.
14. Applicant to review the comments and return to CDRC with updated plans.

# VILLAGE OF AIRMONT
## CDRC MINUTES

CDRC Meeting Date: **November 12, 2013**

Project Name: **Congregation Khal Boston**

**Attendance:**
Dan Kraushaar, Esq., Village Attorney
Eve Mancuso, Village Engineer
Kristen O'Donnell, Village Planner
Camille Guido-Downey, P&Z Clerk
Ryan Karben, Applicant's Attorney
Anthony Celentano, Applicant's Engineer
Rabbi Horowitz, Applicant

Map Date: 4/3/12 last revised 10/10/13

Remarks:
1. Applicant is legalizing a residential place of worship located at 11 Murray Drive.
2. Applicant was last before CDRC on May 7, 2013.
3. Village Engineer requested a floor plan of the worship area to confirm the square footage and the parking requirements.
4. Village Engineer requested a full site plan with drainage, lighting and landscaping.
5. Applicant stated that they are proposing an 850 square foot place of worship with approximately 15 congregants.
6. Village Engineer reminded the Applicant to buffer the parking area.
7. Professionals requested copies of the C of O for the garage conversion.
8. Applicant will need to seek a variance from the Zoning Board for the side yard parking.
9. Applicant is also seeking Planning Board approval for 2 curb cuts.
10. Applicant to prepare full site plan, make the requested changes, submission of floor plan, and reapply to CDRC.



# VILLAGE OF AIRMONT
# CDRC MINUTES

CDRC Meeting Date: **March 11, 2014**

Project Name: **Congregation Khal Boston-11 Murray Drive**

**Attendance:**
Dan Kraushaar, Esq., Village Attorney
Ian Smith, Building Inspector
Eve Mancuso, Village Engineer
Kristen O'Donnell, Village Planner
Camille Guido-Downey, P&Z Clerk
Anthony Celentano, Applicant's Engineer
Rabbi Horowitz, Applicant

Map Date: 4-3-12 last revised 2/4/14

Remarks:
1. Applicant was last before CDRC on 5-7-13 and is seeking a residential place of worship to be located at 11 Murray Drive.
2. Applicant provided a memo from the neighbor located at 9 Murray Drive in support of the Application and the parking area which is proposed closest to his home.
3. Deputy Village Attorney, Building Inspector and Applicant had a conversation in reference to the proposed parking and how it was calculated. Applicant took offense to said questioning and felt that this topic was discussed previous. Village Engineer stated that since 2012 the Committee has been requesting the proposed floor seating plan and have not received it to date. Applicant stated that his architect will provide as soon as available. Applicant's Engineer stated that the Village's Code has a designation for places of worship under and over 1400 sf for parking. Village Planner stated that the number of seats should be indicated on the plan with a map note and a condition of approval from the Planning Board.
4. Applicant's Engineer stated that the Applicant is proposed 7 parking spaces.
5. Applicant to review the site plan notes and ensure that they confirm to the Village code. Village Planner stated that the Applicant should review §164.7 (3) of the Village Code as the proposed landscaping notes need to be reviewed and edited. Landscaping that is proposed for a parking buffer needs to be guaranteed in perpetuity.
6. Village Engineer stated she needs further information in reference to the ADA requirements. Village Engineer stated that the Applicant may also request a design waiver from the width of the driveway from 24' to 22'. Village Engineer stated that the trench drain needs to be reviewed. Applicant to show trees to remain and trees to be removed. Applicant to review landscaping plan as there is a conflict with the septic and trees.
7. Applicant to make changes and submit for Planning Board.

2

VILLAGE OF AIRMONT
CDRC MINUTES

CDRC Meeting Date:     **January 12, 2016**

Project Name:          **Rustic Drive Estates -22 Rustic Drive**

Attendance:
Dan Kraushaar, Deputy Village Attorney
Eve Mancuso, Village Engineer
Kristen O'Donnell, Village Planner
Matt Ryan, Village Planner
Ian Smith, Building Inspector
Suzanne Carley, P &Z Clerk
Moshe Berger, Applicant
Nafotoli Berger, brother of applicant


Map Date:  Renovation & private mikvah elevation concept plan, no date seal or stamp

Remarks:

1. Here for a religious place of worship for Saturdays and legal Jewish Holidays; an extension was built out; and here to legalize it.  Have an open permit for existing 3 car garage and for a mikvah (private use).  Adding a 3 car garage to replace former garage and building within allowable permit.

2. Building Inspector noted that they need to provide a layout of proposed space including ADA egress and show where it will be.  Need an inside layout plan showing egress.  He advised that the parking is based on the seating. This part of the property will be considered commercial in part so fire alarms, adding sheet rock have different requirements for place of assembly opposed to residential.  This will be an independent part of the dwelling. Need an architect to provide the interior details.

3. Village Engineer noted that they need to develop a site plan as this is just a concept plan that is rather incomplete.  Will need to see the topography, grading, drainage, screening buffering (plantings or land fence), dimensions along front part of the parking, lighting for parking lot current and proposed.

4. Building Inspector advised that the lighting should be low lighting, safe not intrusive such as bollard lighting.

5. Parking will need variances because the parking is in the rear and the parking is being adjusted. Need to show access in/out of garage.  Need a handicap drop off zone and a handicap space so you will loose a parking space for this. An engineer will be required.

6. Village Planner Kristen asked them to confirm that there was no food service which they did.  They will need a dumpster area for trash and it is unknown at this time if there will be a regular amount of trash or not.

7. Building Inspector noted that the worship are needs to be properly fire raided separate from the rest of the structure.

1

**CDRC Meeting Date:** March 8, 2016

**Project Name**: 22 Rustic Drive

**Attendance:**
Tony Celentano, Applicants Engineer
Moshe Berger, Applicant
Ian Smith, Building Inspector
Eve Mancuso, Village Engineer
Kristen O'Donnell, Village Planner
Matt Ryan, Village Planner
Suzanne Carley, P & Z Clerk

Absent: Dan Kraushaar, Deputy Village Attorney

**Map Date**: Site Plan dated 2/22/16

1. Need to clarify the parking calculations. §210-12-1B. 11 spots still need on the plans that are nit accounted for. Demonstrate 11 and bank 4.

2. Village Engineer noted to provide the 11 seats or go for a variance waiver up to 25% reduction in spaces required. Do parking in a reserve layout.

3. Showing 10 ft. from side in the back. No measurement from handicap. Need to shift property line and add a couple of spots. Try and keep the character of the residential neighborhood as much as possible

4. Need to show a buffering and landscaping, lighting and planting plan.

5. Showing 900 sq ft. for 25-35 congregants. If they anticipate future growth as noted in the narrative, it needs to be shown on the plans. Need architectural plans to go with the site plan.

6. Building Inspector advised to consider no parking signs to avoid complaints. In particular no parking signs especially at the intersection (25 ft).

7. Applicants Engineer also suggest that they add no parking in front of their property. Building Inspector noted it needs to be 10 ft. off the property line.

8. Village Engineer noted that since its a residential neighborhood to minimize the amount of parking due to all the neighbors.

9. Need to show dimensions and need to widen what is shown 20 ft. is not enough to provide provide emergency access.

10. Village Planner noted to add an apron on the end of the driveway.

1

11. Village Engineer - Need the number of stalls with of stalls and width dimensions. Showing 20 ft. wide driveway which is too narrow. Need a 24 width but try not make it look commercial while in a residential zone but it is needed for safety.

12. Show fire hydrant on the plans.

13. To Do's and return to CDRC with the following items:
 -lighting plan current vs. proposed
 -drainage
 -grading
 -landscaping & planting plan
 -much more detailed narrative
 -land bank parking
 -show design of the parking with measurements
 -Need a full complete set of architecturals need to show number of bathrooms dimensions, seating plan and women's area all labeled. Need to be signed and sealed, detailed.

8. Deputy Village Attorney noted that the number of congregants needs to be shown along with a maximum number. It is suggested it be designed for growth so that they do not need to return. When asked about the number of cars currently there which they advised is 2 cars and that the brother lives there.

9. Need to come back to CDRC with the following:

    -Site plans signed, sealed, & certified
    -Full architecturals, signed, sealed & certified
    -Show bathrooms separate for the congregants to the ones used in the house for the family. All dimensions need to be shown.
    -Handicap areas- square footage, ADA sink toilet, architectural design
    -Site plans signed, sealed, & certified
    -Full architecturals, signed, sealed & certified
    -For the inside need exits, ingress and egress
    -buffer zone
    -sheet rock
    -elevations
    -parking lot lighting low levels
    -layout & lighting
    -topography
    -grading
    -drainage and grading with design of parking

2