UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>-v-<br><br>VILLAGE OF AIRMONT,<br><br>      Defendants. | No. 20 Civ. 10121 (NSR) |

### AFFIDAVIT OF YEHUDA ZORGER

1. I, Yehuda Zorger, reside at 1 Alpha Lane, Airmont, NY 10952.

2. About four years ago, I received an email that attached a video advertisement from an email list that, upon information and belief, was used by members of Preserve Airmont and its supporters. A true and correct version of the video advertisement is attached hereto as Exhibit A.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on February __, 2021.

_____
Yehuda Zorger

**Exhibit A - "Airmont Future Party Attack Ad.mp4"**