UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-v-<br><br>VILLAGE OF AIRMONT,<br><br>                Defendant. | No. 20 Civ. 10121 (NSR) |

## DECLARATION OF KEISHA RUSSELL

1. I, Keisha Russell, counsel at First Liberty Institute, work at 2001 W. Plano Parkway, Suite 1600, Plano, Texas 75075. I represent the plaintiffs in *Congregation of Ridnik v. Vill. of Airmont*, No. 18 Civ. 11533 (NSR).

2. In 2018, I received a video taken during a meeting of Village of Airmont officials discussing houses of worship and the moratorium on development in place at the time. I received the video from a resident of the Village who often attends the Village's meetings. A true and correct version of the video is attached hereto as Exhibit A.

I declare (or certify, verify, or state) under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on February 12, 2021.

_____
Keisha Russell

**Exhibit A - "Airmont Meeting.mp4"**