UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
        Plaintiff, : 20-cv-10121 (NSR)
-against- : ORDER GRANTING
: MOTION FOR
VILLAGE OF AIRMONT, : LEAVE TO WITHDRAW
: AS COUNSEL
        Defendant. :
------------------------------------------------------------X

**NELSON S. ROMÁN, United States District Judge:**

    Upon a review of the moving papers it is hereby ordered that pursuant to Local Civil Rule 1.4, Alexander J. Eleftherakis' Motion for Leave to Withdraw as Counsel for Defendant is hereby granted. The Court notes that Defendant continues to be represented by Brian Sokoloff and Leo Dorfman who have been counsel of record since making appearances in this litigation on December 16, 2020 and December 18, 20210, respectively. (ECF Nos. 8 & 9.)

Dated: April 12, 2021

       White Plains, New York

                                      SO ORDERED:

                                      NELSON S. ROMÁN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2021